Filed 7/14/2015 11:13:02 AM
R. David Guerrero
District Clerk
Jim Wells County, Texas
Sandra Garcia, Deputy

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
7/24/2015 4:12:03 PM
KEITH E. HOTTLE
Clerk

## CAUSE NO. 13-06-52391-CV

| | | |
|---|---|---|
| FELIX LUERA, JR. AND | § | IN THE DISTRICT COURT |
| BIANCA LUERA, INDIVIDUALLY | § | |
| AND AS NEXT FRIEND OF C.L., | § | |
| PLAINTIFFS | § | |
| | § | |
| VS. | § | |
| | § | |
| BASIC ENERGY SERVICES, INC., | § | 79TH JUDICIAL DISTRICT |
| BASIC ENERGY SERVICES, L.P., ARI | § | |
| FLEET SERVICES, INC., D/B/A ARI | § | |
| FLEET LT AND SERVANDO | § | |
| GARCIA, | § | |
| DEFENDANTS | § | JIM WELLS COUNTY, TEXAS |

## PLAINTIFFS' NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW Plaintiffs Felix Luera, Jr. and Bianca Luera, in the above referenced matter, and file this Plaintiffs' Notice of Appeal, and in furtherance thereof would respectfully show as follows:

1.      Plaintiffs Felix Luera, Jr. and Bianca Luera desire to appeal from the Order Granting Defendants Basic Energy Services, Inc. and Basic Energy Services, L.P.'s Third Motion for Summary Judgment signed on November 5, 2014.

2.      Plaintiffs Felix Luera, Jr. and Bianca Luera appeal to the Fourth Court of Appeals, San Antonio, Texas.

3.      The parties filing this Notice of Appeal are Plaintiffs Felix Luera, Jr. and Bianca Luera.

4.      The attorneys for Defendants Basic Energy Services, Inc. and Basic Energy Services, L.P. are:

Ricardo R. Reyna
Brock Person Guerra Reyna, P.C.
17339 Redland Road
San Antonio, Texas 78247

Respectfully submitted,

THE LAW OFFICES OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas 78401
Tel: (361) 985-0600
Fax: (361) 985-0601


By:  /s/ Russell W. Endsley
   Thomas J. Henry
   State Bar No.: 09484210
   Russell W. Endsley
   State Bar No. 24026824
   Richard W. Hunnicutt, III
   State Bar No.: 10279700
   Matthew S. Hull
   State Bar No. 24055702

   *e-mail: rendsley-svc@tjhlaw.com
   *service by e-mail to this address only

   *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above and forgoing instrument was duly served in accordance with the Texas Rules of Civil Procedure on this the **14th** day of July, 2015.

**Via Elecronic Service and/or Facsimile (210) 979-7810**
Ricardo R. Reyna
Brock Person Guerra Reyna, P.C.
17339 Redland Road
San Antonio, Texas 78247

/s/ Russell W. Endsley
Russell W. Endsley